# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUP, | ) |
| | ) Case No: EDCV 16-00305 DSF |
| Plaintiff, | ) (DTBx) |
| | ) |
| vs. | ) **JUDGMENT** |
| | ) |
| PROGRESSIVE MANAGEMENT SYSTEM, et al. | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having granted summary judgment in favor of Defendant, Equifax Information Services LLC, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Equifax, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Date: 12/12/16

_____
Hon. Dale S. Fischer
United States District Judge

- 1 –