JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUP, | ) |
| | ) Case No: CV 16-00305 DSF (DTBx) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| PROGRESSIVE MANAGEMENT SYSTEM, et al. | ) |
| | ) |
| Defendant. | ) |

The Court (1) having ordered that the complaint be dismissed against Defendants Don Robert, Richard F. Smith, Siddharth N. Mehta, and Tim Banta, and Plaintiff having failed to amend his complaint in the time allowed by the Court; (2) having already entered judgment in favor of Defendant Equifax Information Services LLC; and (3) having dismissed the action with prejudice as to the remaining Defendants Progressive Management System, Trans Union LLC, RM Galicia Inc., and Experian Information Systems Inc., it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendants, that Plaintiff take nothing, and that Plaintiff's claims are DISMISSED WITH PREJUDICE.

Date: June 22, 2017

_____
Hon. Dale S. Fischer
United States District Judge